**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. - Atlanta

MAY 15 2018

By: James N. Hatten, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HUBERT NATHANS; AND<br>EDWARD CULTON. | Criminal Indictment<br><br>No. 1:18CR0168 |

THE GRAND JURY CHARGES THAT:

### Count One

Beginning on a date unknown to the Grand Jury, but at least as of on or about January 25, 2018, and continuing thereafter up to and including February 15, 2018, in the Northern District of Georgia, the defendants,

HUBERT NATHANS, and
EDWARD CULTON,

did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other and other persons, known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with the intent to distribute a controlled substance, said conspiracy involving a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C), all in violation of Title 21, United States Code, Section 846.

## Count Two

On or about February 14, 2018, in the Northern District of Georgia, the defendants,
HUBERT NATHANS, and
EDWARD CULTON,

aided and abetted by each other, did knowingly and intentionally distribute a controlled substance, said act involving a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## Count Three

On or about February 15, 2018, in the Northern District of Georgia, the defendant,
EDWARD CULTON,

did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, the defendant, HUBERT NATHANS, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a), all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including, but not limited to, the following:

    a. MONEY JUDGMENT: A sum of money in United States currency equal to the amount of proceeds the defendant obtained as a result of the offenses for which the defendant is convicted.

Upon conviction of one or more of the offenses alleged in Counts One through Three of this Indictment, the defendant, EDWARD CULTON, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a), all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including, but not limited to, the following:

    a. MONEY JUDGMENT: A sum of money in United States currency equal to the amount of proceeds the defendant obtained as a result of the offenses for which the defendant is convicted.

If, as a result of any act or omission of the defendants, any property subject to forfeiture:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property or seek a money judgment against said defendants for any amount that would constitute the proceeds of such violation.

A ___True___ BILL

___[signature]___
FOREPERSON

BYUNG J. PAK
*United States Attorney*

*[signature]*

NICHOLAS HARTIGAN
*Assistant United States Attorney*
Georgia Bar No. 408147

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4